IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **KQUAWANDA S. MOORE**, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:12-cv-00381-AGF |
| ) | |
| v. ) | |
| ) | |
| **CONCENTRA HEALTH SERVICES,** ) | |
| **INC. & OCCUPATIONAL** ) | |
| **HEALTH CENTERS OF THE** ) | |
| **SOUTHWEST, P.C.**, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE DEFENDANT OCCUPATIONAL HEALTH CENTERS OF THE SOUTHWEST, P.C. ONLY**

COMES NOW, PLAINTIFF, and pursuant to FRCP 41(a), hereby moves this Court to enter its Order dismissing, without prejudice, Defendant Occupational Health Centers of the Southwest, P.C.  In support thereof, Plaintiff states that Defendant Concentra Health Services, Inc., has admitted through its Answer, that it, and not Occupational Health Centers of the Southwest, P.C., provided the drug testing services at issue in this case.

Respectfully submitted,

PONDER ZIMMERMANN LLC

By /s/ Douglas B. Ponder_____
    Douglas Ponder, #54968MO
    dbp@ponderzimmermann.com
    Jaclyn M. Zimmermann, #57814MO
    jmz@ponderzimmermann.com
    1141 South 7th Street, Suite 309
    St. Louis, MO  63104
    Phone:    314-450-5990
    FAX:      314-450-5935

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing was served via the Court's electronic filing system on this 27th day of March, 2012, to the following:

Jonathan H. Garside
Erika N. Reynolds
Fox Galvin, LLC
One South Memorial Drive, 12th Floor
St. Louis, MO 63102

                                  /s/ Douglas B. Ponder_____