UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KQUAWANDA S. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No.: 4:12CV00381 AGF |
| v. | ) |
| | ) |
| CONCENTRA HEALTH, WORKFORCE QA | ) |
| and JILL CAPTAIN, M.D., | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Kquawanda Moore and Defendants Workforce QA and Jill Captain, M.D., by and through undersigned counsel, and hereby advise the Court that all matters, controversies, and claims by and between Plaintiff and Defendants Workforce QA and Jill Captain, MD in this action have been fully and finally settled and compromised. Accordingly, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to dismiss with prejudice any and all claims made by Plaintiff against Defendants Workforce QA and Jill Captain in the above-captioned matter, with each party to bear its own costs and expenses.

Respectfully Submitted,

| | |
|---|---|
| */s/ Joseph R. Swift* | */s/ Douglas B. Ponder*  *(with permission)* |
| Joseph R. Swift,  #37241MO | Douglas Ponder,   #54968MO |
| BROWN & JAMES, P.C. | PONDER SIMMERMANN LLC |
| 800 Market, Suite 1100 | 1141 South 7th Street |
| St. Louis, Missouri  63101 | St. Louis, Missouri 63104 |
| (314) 421-3400 | (314) 450-5990 |
| (314) 421-3128 (fax) | (314) 450-5935 (fax) |
| jswift@bjpc.com | dbp@ponderzimmermann.com |
| *Attorneys for Defendants Workforce, QA and Jill Captain, M.D.* | *Attorneys for Plaintiff* |

1